UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 03 2015
6-3-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PAUL D. TAYLOR

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.    Case (To

JUSTICE POLICE OFFICER(S);
et, al., DEFENDANT(S);

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

15cv4910
Judge Robert W. Gettleman
Magistrate Judge Jeffrey Cole
PC7

CHECK ONE ONLY:

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

A. Name: PAUL DONNELL TAYLOR;

B. List all aliases: NONE

C. Prisoner identification number: N72159/Now 20140724284

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: 2700 So California, Ave., Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MR. MURPHY
Title: Justice Police Officer #223
Place of Employment: Justice Police Department

B. Defendant: JOHN DOW #1
Title: Police Officer;
Place of Employment: Justice Police Department

C. Defendant: JOHN DOW #2
Title: Sergeant of Justice Police Department
Place of Employment: Justice Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 14C 7574 EDWIN BURNETT et al.; 14C10517 TAYLOR VS CHRISTOPH STARK #4728

B. Approximate date of filing lawsuit: DECEMBER 30 or 31st 2014 SEPTEMBER 26th 2014

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE PAUL DONNELL TAYLOR, PAUL DONNELL TAYLOR; PAUL DONNELL TAYLOR; PAUL DONNELL TAYLOR

D. List all defendants: MRS. BRETT MORGAN BALMAR; VICTOR ERBING MR. BARRANTON BAKER; MRS. CANDACE COLLINS; MR. JOSPEH SIMBURGA; MRS. CHRISTAL CAEBELLOS, CHRIST BERKIE; MIKE MORRISEY; DEBBIE WHITE, CHRISTAL KELLY, 10517 STARK, et al, DANIAL MURPHY; 15C3728 Cook County Sheriff's CHUBBS; SOTO; ZIACCONE; KASPERSKI;

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): DISMISSED FOR NOT BASING Claim CORE Claim.

F. Name of judge to whom case was assigned: THE HONORABLE JAMES ZAGEL 14C 7574 HONORABLE JUDGE SHAH Not 14C10517

G. Basic claim made: 14C 7574 CIVIL CONSPIRICY (14CV 10517) NEGLECT WHILE IN CUSTODY; Cook County Sheriff's 15C3728

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): 14C10517 MARCH 2, 2015 MOTION FOR RECONCIDERATION/ MOTION: LEAVE AMENDED DISMISSAL, APRIL 26 or 7th? 14C7574

I. Approximate date of disposition: MARCH 2nd, 2015 14C10517 MAY 21st 2015 MOTION: LEAVE TO AMEND DISMISSAL

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. Statement of Claim: False Imprisonment:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 7th 2014 Plaintiff Taylor, Paul Donnell, was found innocent of the state law Unlawful use of Recorded Sound/Sell. The plaintiff sent approximately two-2 hours in Justice police station; warrant days before clearing it. The Defendant Murphy #223. Arrest plaintiff on 8000 S 88th Ave Justice, Ill Case No. 12500274501 This will include IVE-Headlight/Taillight/Sidelight(1 & 2) All this was not true Disposition Date 07/07/14 (This was infact false charges) The unlawfully Detained Search; Seizure of Property is in Violation of plaintiff; Right to be free of unreasonable Searches; Seizure of property By The 4th & 14th Due process of Law) To The Due process Clause By The 14th Amendment Section I To the United States Constitution To The United States Constitution of America. Move over.

4

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THAT, THE DEFENDANT MURPHY #223 UNKNOWN OFFICER'S, & THE OFFICER'S, WHOM APPROVED THE POLICE ARREST REPORT; KNOW PLAINTIFF, WAS INFACT INNOCENT OF ALL CHARGES OF NO TAILLIGHT; WHEN THE VIDEO CAMERA, PER-POLICE CAR, SHOWN THAT THE TAILLIGHT HAD NOT BEEN OUT, BUSTED, DAMAGED, NOT WORKING. THE FACT THAT, THE LIGHT WAS WORKING. THE DEFENDANT(S); DID SHOW THAT THEY ALL WILLFULLY, INTENTIONALLY; MALICIOUSLY; WITH MALICE; INTENTION TO SADISICLY, WANTON, TO FALSIFY AN ARREST CAUSING THE PLAINTIFF INJURIES: (1) A DIRECT WILLFULL DEPRIVATION OF PLAINTIFF, 4th AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA. THE ILLUSTRATION OF THE 4th AMENDMENT THE RIGHT OF THE PEOPLE TO BE SECURE IN THEIR PERSONS, HOUSE, PAPERS, AND EFFECTS, AGAINST UNREASONABLE SEARCH SEIZURES, (SHALL NOT) BE VIOLATED; NO WARRANTS SHALL ISSUE, BUT UPON PROBABLE CAUSE, SUPPORT BY OATH OR -

Revised 9/2007

4A

AFFIRMATION, AND PARTICULARLY DESCRIBING THE PLACE TO BE SEARCHED, AND THE PERSONS OR THINGS TO BE SEIZURED. THE PRISON LITERGATION ACT REQUEST THAT I BRING A DUE PROCESS CLAUSE VIOLATION BECAUSE I'M (A PRE-TRIAL DETAINEE) THE PLAINTIFF DUE PROCESS RIGHTS WAS VIOLATE BY THE 14th AMENDMENT THAT STATES SECTION (I) ALL PERSONS BORN OR NATURALIZED IN THE UNITED STATES, AND SUBJECT TO THE JURISDICTION THEREOF, ARE CITIZENS OF THE UNITED STATES AND OF THE STATE WHEREIN THEY RESIDE. NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ADBRIDGE THE PRIVILEGES OR IMMUNITIES OF CITIZENS OF THE UNITED STATES.; NOR SHALL ANY STATE DEPRIVE ANY PERSONS OF LIFE, LIBERTY, OR PROPERTY; WITHOUT DUE PROCESS OF LAW; NOR DENY TO ANY PERSONS WITHIN ITS JURISDICTION THE EQUAL PROTECTION OF THE LAWS. (THE DUE PROCESS CLAUSE) THE CONSTITUTIONAL PROVISION THAT PROHIBITS THE GOVERNMENT FROM UNFAIRLY OR ARBITRARILY DEPRIVE A PERSON LIFE, LIBERTY, OR PROPERTY. THERE ARE TWO DUE PROCESS CLAUSE IN THE U.S. CONSTITUTION, ONE IN THE 5th AMENDMENT APPLYING TO THE FEDERAL GOVERNMENT, AND ONE IN THE 14th AMENDMENT APPLY TO STATES ALTHOUGH THE 5th AMENDMENT (DUE PROCESS CLAUSE) ALSO APPLY TO THE STATES UNDER THE INCORPERATION DOCTORINE.

5

THE DEFENDANTS; All OWE THE plaintiff A DUTY. THEIR DUTIES, IS AS A PUBLIC SERVICE TO THE public. TO BE HONESTY; SERVE & PROTECT THE RIGHTS, of THE people of THE STATES WHEREIN. THE DEFENDENTS, WILLFULLY; INTENTIONALLY; PURPOSEFULLY; MALICIOUSLY, MALICELY, SADISTICLY; WANTON; DEPRIVING THE PLAINTIFF, HIS RIGHTS BY THE 14th AMENDMENT (Due process Clause) TO THE UNITED STATES CONSTITUTION TO THE UNITED STATES CONSTITUTION OF AMERICA. BY AND FOR, THE DISREGUARDS FOR THEIR DUTIES, THE PLAINTIFF SUFFERED INJURIES: Plaintiff, SUFFERED Humiliation; EMBARRASSMENT; Deprived LIBERTY; WITHOUT A DUE PROCESS OF LAW. PROPERTY AT A VALUE OF NO MORE THAN 10,000 THOUSAND DOLLARS, NO LESS THAN 7,500 SEVEN THOUSAND five HUNDERED DOLLARS, IN CD's COLLECTIONS. THE PLAINTIFF SEEKS; 15,000 FOR HIS COLLECTIONS NEVER RECOVERED BACK A SUM OF 15,000 FIFTHTEEN THOUSAND DOLLARS, IN COMPENSATORY DAMAGES / THAT, THE HONORABLE COURT HAS JURISDICTION AND VENUE FOR THE NORTHERN DISTRICT EASTERN DIVISION TO All MATTERS PURSUANT TO 42 U.S.C. 1983 FOR, MY BRINGING REMEDY VIOLATIONS OF MY (DUE PROCESS CLAUSE) BY THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION UNDER COLOR OF LAW. THIS HONORABLE COURT ALSO HAS JURISDICTION OVER THIS MATTER PURSUANT TO —

5A

28 U.S.C. §§ 1331 AND 1343(a)(3) AND pursuant to Supplement Jurisdiction over provided 28 U.S.C. § 1391(b)(2) IN THAT THE EVENTS GIVING TO Claims Herein Occurred IN THE North District of Illinois As Direct AND Approximately Result of Action or Inaction of Officers of The Law. The Plaintiff Suffered Harm, Including But Limitation To The Recklessly, Disreguards for Plaintiff 14th Amendment Due Process Clause, Liberty Interest Without Due Process Clause, Property, To The United States Constitution of America. Defendants Actions Were Taken Maliciously, Intentionally, or With Gross Negligence, AND Recklessly, Wanton, Thereby Justifying AN Award of Punitive Damages, In A Sum of A Fairness AND Reasonable Amount 100,000 Thousand Dollars, One Hundred Thousand Dollars; For Days Spent In A Hostal Inviroment Cook County for Aproximately One Month; And The False Arrest, Defemation of My Character, (Declaratory Judgment) Stating That My 14th Amendment Due Process Clause Was Infact Violated, AND The Resignation of All Parties / Defendants. Therefore It Is So Ordered That, The Plaintiff Restore His Rights AND Exonorate / Vacate; Expongment of the #M1250002745 Unauthor-ized Recording AND / Sounds off His Criminal Record

5 B

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) FOR THE PUNITIVE ACTIONS OF THE DEFENDANTS MURPHY #223 ~~PRESSLEY #9686~~ JOINTLY AND SEVERALY 100,000 DOLLARS ONE HUNDRED THOUSAND DOLLARS IN PUNITIVE DAMAGES / COMPENSATORY DAMAGES FOR THE HUMILIATION, EMBARRASSMENT, DEPRIVATION OF DUE PROCESS, LIBERTY INTEREST, WITH OUT DUE PROCESS OF LAW. AND DAYS CALCULATED BY WARRANT, THE REGSINATION OF THE PARTIES. DEFENDANTS TOOK OVER 500 DVD'S ESTIMATE VALUE OF 5 DOLLARS A PIECE.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

B) PLAINTIFF REQUEST RESPECTFULL A SUM ONE HUNDRED THOUSAND DOLLARS JOINTLY AND SEVERALY FOR THE ACTIONS THAT CONSTITUTES PUNITIVE.

RESPECTFULLY THE PLAINTIFF REQUEST A SUM 100,000 THOUSAND DOLLARS JOINTLEY AND SEVERALY FOR THE ACTIONS OF THE DEFENDANTS THAT CONSTITUTES PUNITIVE THE PLAINTIFF REQUEST PUNITIVE DAMAGES.

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ~~APRIL~~ day of 28, 2015

_PAUL DONNELL TAYLOR_
_Paul D_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

20140724284
(I.D. Number)

COOK COUNTY DEPARTMENT OF CORRECTIONS
2700 S. CALIFORNIA AVE DIV X 1-D
CHICAGO, ILL 60608
(Address)

6                                                Revised 9/2007